J. Randall Jones, Esq. (#1927)
Eric M. Pepperman, Esq. (#11679)
Joshua D. Carlson, Esq. (#11781)
KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
Email: r.jones@kempjones.com

James L. Edwards, Esq. (#4256)
Jedwards@parkeredwards.com
H. Stan Johnson, Esq. (#00265)
sjohnson@cohenjohsnon.com
COHEN JOHNSON PARKER EDWARD
375 E. Warm Springs Rd., Ste. 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.S., a minor individual, by Guardian VALERIE SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, a California business entity; HYUNDAI MOTOR COMPANY, a Korean corporation; TAKATA CORPORATION, a Japanese corporation; ZF TRW AUTOMOTIVE HOLDINGS CORP., a Delaware Corporation; ZF FRIEDRICHSHAFEN AG, a German Corporation; ROE AIRBAG MANUFACTURING COMPANY; DOE INDIVIDUALS I through XXX and ROE CORPORATIONS XXXI through LX,<br><br>Defendants. | Case No.: 2:20-cv-01861-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT ZF TRW AUTOMOTIVE HOLDINGS CORP.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM (ECF NO. 17)**<br><br>**[FIRST REQUEST]** |

1

Plaintiff M.S., a minor individual, by Guardian VALERIE SANDERS ("Plaintiff"), by and through their counsel KEMP JONES LLP and Defendants ZF TRW AUTOMOTIVE HOLDINGS CORP. ("ZFAH"), by and through its counsel of record, WEINSTEIN TIPPETTS & LITTLE LLP and OLSON, CANNON, GORMLEY &STOBERSKI, hereby stipulate and agree as follows:

1. Plaintiff shall have an extension of time to November 3, 2020, to respond to ZFAH's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (ECF No. 17) ("Motion to Dismiss").

2. This extension is requested to provide Plaintiff with sufficient time to review and succinctly respond to the points and authorities made in ZFAH's Motion to Dismiss which has been further impacted by a recent unexpected medical issue which prevented Plaintiff's counsel, Randall Jones, Esq., from working in any capacity.

/ / /

/ / /

/ / /

/ / /

3. The stipulated extension to the briefing schedule will not prejudice the parties, nor will it impact any other Court-imposed deadlines established in this case. This is the first request for a continuance of these briefing deadline

DATED this 27th day of October, 2020.

| KEMP JONES, LLP | WEINSTEIN TIPPETTS & LITTLE LLP |
|---|---|
| By: /s/ | By: /s/ |
| J. Randall Jones, Esq. (# 1927) | DAVID R. TIPPETTS |
| Eric M. Pepperman, Esq. (#11679) | *Pro Hac Vice* |
| Joshua D. Carlson, Esq. (#11781) | THAD K. JENKS |
| 3800 Howard Hughes Parkway | *Pro Hac Vice* |
| Seventeenth Floor | 7500 San Felipe, Suite 500 |
| Las Vegas, Nevada 89169 | Houston, Texas 77063 |
| *Attorneys for Plaintiff* | |
| | OLSON, CANNON, GORMLEY & STOBERSKI |
| | MICHAEL E. STOBERSKI |
| | NV state bar. 004762 |
| | 9950 West Cheyenne Avenue |
| | Las Vegas, Nevada 89129 |
| | *Attorneys for Defendant ZF TRW Automotive Holdings Corp.* |

**IT IS SO ORDERED.**

Dated this 27 day of October, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

3