1 MICHAEL E. STOBERSKI
NV State Bar. 004762
2 **OLSON, CANNON, GORMLEY & STOBERSKI**
3 9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
4 Tel. (702) 384-4012
mstoberski@ocgas.com
5

6 DAVID R. TIPPETTS
Pro Hac Vice
7 THAD K. JENKS
Pro Hac Vice
8 **WEINSTEIN TIPPETTS & LITTLE LLP**
9 7500 San Felipe, Suite 500
Houston, Texas 77063
10 Tel: (713) 244-0800
11 david.tippetts@wtllaw.com
thad.jenks@wtllaw.com
12

13 Attorneys for Defendant ZF TRW Automotive Holdings Corp.

14                     UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
15

| | |
|---|---|
| 16 M.S., a minor individual, by Guardian VALERIE SANDERS, | Case Number: 2:20-cv-01861-GMN-BNW |
| 17            Plaintiffs, | |
| 18 | |
| 19 Vs. | **STIPULATION AND ORDER OF DISMISSAL FOR ZF TRW AUTOMOTIVE HOLDINGS CORP.** |
| 20 HYUNDAI MOTOR AMERICA, a California business entity; HYUNDAI MOTOR | |
| 21 COMPANY, a Korean corporation; TAKATA CORPORATION a Japanese corporation; ZF | |
| 22 TRW AUTOMOTIVE HOLDINGS CORP., a Delaware Corporation; ZF | |
| 23 FRIEDRICHSHAFEN AG, a German Corporation; ROE AIRBAG | |
| 24 MANUFACTURING COMPANY; DOE | |
| 25 INDIVIDUALS I through XXX and ROE | |
| 26 CORPORATIONS XXXI through LX, | |
| 27            Defendants. | |

28

1

1        Plaintiff M.S., a minor individual, by Guardian VALERIE SANDERS ("Plaintiff"),

2   by and through her counsel KEMP JONES LLP and Defendant ZF TRW AUTOMOTIVE

3   HOLDINGS CORP. ("ZF TRW AH"), by and through its counsel of record, WEINSTEIN

4   TIPPETTS & LITTLE LLP and OLSON, CANNON, GORMLEY & STOBERSKI, hereby

5   stipulate and agree as follows:

6

7        1.    Plaintiff and Guardian Valerie Sanders, for minor individual M.S., no longer

8   wishes to pursue her claims against ZF TRW AH because ZF TRW AH has provided

9   Plaintiff with a declaration confirming no corporate entity within the ZF group of

10  companies designed, manufactured, or marketed the original equipment seat belt assembly

11  or any component of the original equipment seat belt assembly for 2012 Hyundai Elantra

12  vehicles sold in the United States, including the webbing, buckle, retractor, latch plate, or

13  pretensioners within the assembly.  ZF TRW AH's declaration also confirms no corporate

14  entity within the ZF group of companies designed, manufactured, or marketed the original

15  equipment airbag system or any component of the original equipment airbag system for

16  2012 Hyundai Elantra vehicles sold in the United States, including the airbag control unit,

17  front and side crash sensors, or airbag modules within the system

18       2.    ZF TRW AH should be dismissed *without prejudice*.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

3.     Plaintiffs and ZF TRW AH shall bear their own attorneys' fees, costs, and expenses in connection with this stipulation and/or the dismissal of ZF TRW AH.

KEMP JONES, LLP

By: _/s/ J. Randall Jones__
J. Randall Jones (# 1927)
Eric M. Pepperman (#11679)
Joshua D. Carlson (#11781)
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs*

BOWMAN AND BROOKE LLP

By: _/s/ Jeffrey C. Warren___
Paul G. Cereghini (#10000)
Charles M. Seby (#15459)
Jeffrey C. Warren (*Pro Hac Vice*)
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona 85012-2761

Mario D. Valencia (#6154)
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012

*Attorneys for Defendant Hyundai Motor America*

WEINSTEIN TIPPETTS & LITTLE LLP

By:___/s/ Thad K. Jenks_____
David R. Tippetts
*Pro Hac Vice*
Thad K. Jenks
*Pro Hac Vice*
7500 San Felipe, Suite 500
Houston, Texas 77063

OLSON, CANNON, GORMLEY & STOBERSKI
Michael E. Stoberski (#004762)
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129

*Attorneys for Defendant ZF TRW Automotive Holdings Corp.*

**IT IS SO ORDERED**.

_____
U.S. DISTRICT COURT JUDGE

DATED: _____

CASE NO. 2:20-cv-01861