1  MICHAEL E. STOBERSKI
   NV State Bar. 004762
2  **OLSON, CANNON, GORMLEY & STOBERSKI**
3  9950 West Cheyenne Avenue
   Las Vegas, Nevada 89129
4  Tel. (702) 384-4012
   mstoberski@ocgas.com
5

6  DAVID R. TIPPETTS
   Pro Hac Vice
7  THAD K. JENKS
   Pro Hac Vice
8  **WEINSTEIN TIPPETTS & LITTLE LLP**
9  7500 San Felipe, Suite 500
   Houston, Texas 77063
10 Tel: (713) 244-0800
   david.tippetts@wtllaw.com
11 thad.jenks@wtllaw.com
12

13 Attorneys for Defendant ZF TRW Automotive Holdings Corp.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| M.S., a minor individual, by Guardian VALERIE SANDERS,<br><br>　　　　Plaintiffs,<br><br>Vs.<br><br>HYUNDAI MOTOR AMERICA, a California business entity; HYUNDAI MOTOR COMPANY, a Korean corporation; TAKATA CORPORATION a Japanese corporation; ZF TRW AUTOMOTIVE HOLDINGS CORP., a Delaware Corporation; ZF FRIEDRICHSHAFEN AG, a German Corporation; ROE AIRBAG MANUFACTURING COMPANY; DOE INDIVIDUALS I through XXX and ROE CORPORATIONS XXXI through LX,<br>　　　　Defendants. | Case Number:<br>2:20-cv-01861-GMN-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL FOR ZF TRW AUTOMOTIVE HOLDINGS CORP.** |

Plaintiff M.S., a minor individual, by Guardian VALERIE SANDERS ("Plaintiff"), by and through her counsel KEMP JONES LLP and Defendant ZF TRW AUTOMOTIVE HOLDINGS CORP. ("ZF TRW AH"), by and through its counsel of record, WEINSTEIN TIPPETTS & LITTLE LLP and OLSON, CANNON, GORMLEY & STOBERSKI, hereby stipulate and agree as follows:

1. Plaintiff and Guardian Valerie Sanders, for minor individual M.S., no longer wishes to pursue her claims against ZF TRW AH because ZF TRW AH has provided Plaintiff with a declaration confirming no corporate entity within the ZF group of companies designed, manufactured, or marketed the original equipment seat belt assembly or any component of the original equipment seat belt assembly for 2012 Hyundai Elantra vehicles sold in the United States, including the webbing, buckle, retractor, latch plate, or pretensioners within the assembly. ZF TRW AH's declaration also confirms no corporate entity within the ZF group of companies designed, manufactured, or marketed the original equipment airbag system or any component of the original equipment airbag system for 2012 Hyundai Elantra vehicles sold in the United States, including the airbag control unit, front and side crash sensors, or airbag modules within the system

2. ZF TRW AH should be dismissed *without prejudice*.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

3. Plaintiffs and ZF TRW AH shall bear their own attorneys' fees, costs, and expenses in connection with this stipulation and/or the dismissal of ZF TRW AH.

| | |
|---|---|
| KEMP JONES, LLP | WEINSTEIN TIPPETTS & LITTLE LLP |
| By: /s/ J. Randall Jones<br>J. Randall Jones (# 1927)<br>Eric M. Pepperman (#11679)<br>Joshua D. Carlson (#11781)<br>3800 Howard Hughes Parkway<br>Seventeenth Floor<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiffs* | By: /s/ Thad K. Jenks<br>David R. Tippetts<br>*Pro Hac Vice*<br>Thad K. Jenks<br>*Pro Hac Vice*<br>7500 San Felipe, Suite 500<br>Houston, Texas 77063 |
| BOWMAN AND BROOKE LLP | OLSON, CANNON, GORMLEY & STOBERSKI<br>Michael E. Stoberski (#004762)<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129 |
| By: /s/ Jeffrey C. Warren<br>Paul G. Cereghini (#10000)<br>Charles M. Seby (#15459)<br>Jeffrey C. Warren (*Pro Hac Vice*)<br>Suite 1600, Phoenix Plaza<br>2901 North Central Avenue<br>Phoenix, Arizona 85012-2761 | *Attorneys for Defendant ZF TRW Automotive Holdings Corp.* |
| Mario D. Valencia (#6154)<br>40 S. Stephanie St., Ste. 201<br>Henderson, Nevada 89012 | |
| *Attorneys for Defendant Hyundai Motor America* | |

**IT IS SO ORDERED**.   Dated this 17 day of November, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT