1  PAUL G. CEREGHINI
   Nevada Bar No. 10000
2  JEFFREY C. WARREN (*pro hac vice*)
   CHARLES M. SEBY
3  Nevada Bar No. 15459
   **BOWMAN AND BROOKE LLP**
4  Suite 1600, Phoenix Plaza
   2901 North Central Avenue
5  Phoenix, Arizona 85012-2761
   (602) 643-2300
6  paul.cereghini@bowmanandbrooke.com
   Minute Entries: mme@phx.bowmanandbrooke.com
7
   MARIO D. VALENCIA
8  Nevada Bar No. 6154
   **ATTORNEY AT LAW, LLC**
9  40 S. Stephanie St., Ste. 201
   Henderson, Nevada 89012
10 (702) 384-7494 (Telephone)
   (702) 384-7545 (Facsimile)
11 valencia.mario@gmail.com

12 Attorneys for *Defendants Hyundai Motor America*

13

14                    **UNITED STATES DISTRICT COURT**

15                           **DISTRICT OF NEVADA**

16  M.S., a minor individual, by Guardian VALERIE SANDERS,              Case No.: 2:20-cv-01861

17                 Plaintiff,

18         vs.
                                                                        **DEFENDANT HYUNDAI MOTOR**
19  HYUNDAI MOTOR AMERICA, a                                            **AMERICA'S NOTICE OF SERVICE**
    California business entity; HYUNDAI
20  MOTOR COMPANY, a Korean
    corporation; TAKATA CORPORATION,
21  a Japanese corporation; ZF TRW
    AUTOMOTIVE HOLDINGS CORP., a
22  Delaware Corporation; DEFENDANT ZF
    FRIEDRICHSHAFEN AG, a German
23  Corporation; ROE AIRBAG
    MANUFACTURING COMPANY; DOE
24  INDIVIDUALS I through XXX and ROE
    CORPORATIONS XXXI through LX,
25
                   Defendants.
26

27         In accordance with the instructions in the Court's January 22, 2021 Minute Order in
28

23764318v1


1  Chambers, Defendant Hyundai Motor America ("HMA") hereby gives notice that, on January

2  25, 2021, HMA served the following documents upon Fast Towing via first class mail, email,

3  and personal service (a copy of the Proof of Service is attached hereto as Ex. A):

4      1.    Defendant Hyundai Motor America's Motion Requesting Preservation of

5           Evidence (ECF #36); and

6      2.    Minute Order in Chambers dated January 22, 2021 (ECF #37) granting HMA's

7           Motion.

8  DATED this 28th day of January, 2021.

**BOWMAN AND BROOKE LLP**

By: /s/Paul G. Cereghini
Paul G. Cereghini
Nevada Bar No. 10000
Jeffrey C. Warren (*pro hac vice*)
Charles M. Seby
Nevada Bar No. 15459
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona 85012-2761
(602) 643-2300

Mario D. Valencia
Nevada Bar No. 6154
ATTORNEY AT LAW, LLC
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
(702) 384-7494

*Attorneys for Defendant Hyundai Motor America*

23764318v1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2021, I electronically transmitted the foregoing DEFENDANT HYUNDAI MOTOR AMERICA'S NOTICE OF SERVICE to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

J. Randall Jones
Eric M. Pepperman
Joshua D. Carlson
KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169

James L. Edwards
H. Stan Johnson
COHEN JOHNSON PARKER EDWARD
375 East Warm Springs Road, Suite 104
Las Vegas, Nevada 89119

*Attorneys for Plaintiff*

Michael E. Stoberski
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 W Cheyenne Ave
Las Vegas, NV 89129
mstoberski@ocgas.com

*Attorneys for ZF TRW Automotive Holdings Corp.*

Mario D. Valencia
ATTORNEY AT LAW, LLC
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012

*Attorneys for Hyundai Motor America*

                                         /s/Marcie Buchanan

23764318v1