# **INDEX TO DEFENDANT HYUNDAI MOTOR AMERICA'S**
# **NOTICE OF SERVICE**

Exhibit A – Proof of Service..................................................................1

# EXHIBIT A

# Proof of Service

# EXHIBIT A

BOWMAN & BROOKE
2901 N CENTRAL AVE STE 1600
PHOENIX, AZ 85012
(602) 643-2300

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| M.S.<br>    Plaintiff<br><br>vs<br><br>HYUNDAI MOTOR AMERICA, ET AL.<br>    Defendant | *Case Number:* 2:20-CV-01861-GMN-BNW<br><br>*Dept:*<br><br>**PROOF OF SERVICE** |

TYLER TREWET, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on Monday, January 25, 2021 a copy of the:
**MINUTE ORDER; DEFENDANT HYUNDAI MOTOR AMERICA'S MOTION REQUESTING PRESERVATION OF EVIDENCE**

I served the same on **1/25/2021** at **2:40 PM** to:

**FAST TOWING, INC. BY SERVING YARON COHEN, REGISTERED AGENT**

by leaving the copies with or in the presence of **YARON COHEN** at **2220 NORTH COMMERCE STREET, LAS VEGAS, NEVADA 89030**.

Pursuant to NRS 53.045, I declare under penalty
of perjury under the law of the State of Nevada that
the forgoing is true and correct.

Executed: Wednesday, January 27, 2021

                                                      TYLER TREWET
                                                     Registered Work Card R-2019-04184