PAUL G. CEREGHINI
Nevada Bar No. 10000
JEFFREY C. WARREN (*pro hac vice*)
CHARLES M. SEBY
Nevada Bar No. 15459
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona 85012-2761
(602) 643-2300 (Telephone)
(602) 2480947 (Facsimile)
paul.cereghini@bowmandbrooke.com
jeffrey.warren@bowmanandbrooke.com
charles.seby@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

MARIO D. VALENCIA
Nevada Bar No. 6154
**ATTORNEY AT LAW, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
(702) 384-7494 (Telephone)
(702) 384-7545 (Facsimile)
valencia.mario@gmail.com

Attorneys for Defendants Hyundai Motor America
and Hyundai Motor Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| M.S., a minor individual, by Guardian VALERIE SANDERS, | No.:   2:20−cv−01861−GMN−BNW |
| Plaintiff, | |
| vs. | |
| HYUNDAI MOTOR AMERICA, a California business entity; HYUNDAI MOTOR COMPANY, a Korean corporation; TAKATA CORPORATION, a Japanese corporation; ZF TRW AUTOMOTIVE HOLDINGS CORP., a Delaware Corporation; Defendant ZF FRIEDRICHSHAFEN AG, a German Corporation; ROE AIRBAG MANUFACTURING COMPANY; DOE INDIVIDUALS I through XXX and ROE CORPORATIONS XXXI through LX, | **DEFENDANTS HYUNDAI MOTOR AMERICA AND HYUNDAI MOTOR COMPANY'S NOTICE OF PENDING SETTLEMENT** |
| Defendants. | |

1

1     Defendants Hyundai Motor America ("HMA") and Hyundai Motor Company ("HMC")

2 hereby provide notice to the Court that the parties—specifically HMA, HMC, and Plaintiff—

3 have agreed to fully compromise and settle all claims alleged, or that could have been alleged,

4 or that could be alleged in the future.

5     In addition, Defendants HMA and HMC respectfully provide notice to the Court that the

6 parties will file a stipulation of dismissal of this matter in its entirety with prejudice once the

7 settlement terms are completed.

8     DATED this 10th day of November, 2021.

9                   **BOWMAN AND BROOKE LLP**

10                 By: */s/Paul G. Cereghini*
                   Paul G. Cereghini

11                    Jeffrey C. Warren (*pro hac vice*)
                   Charles M. Seby

12                    Suite 1600, Phoenix Plaza
                   2901 North Central Avenue

13                    Phoenix, Arizona 85012-2761

14                    Mario D. Valencia

15                    ATTORNEY AT LAW, LLC
                   40 S. Stephanie St., Ste. 201

16                    Henderson, Nevada 89012

17                    *Attorneys for Defendants Hyundai Motor*
*America and Hyundai Motor Company*

18

19                       **Order**

20 IT IS ORDERED that a stipulation

21 to dismiss or a joint status report

22 regarding the status of finalizing
settlement is due by 1/12/2022.

23          **IT IS SO ORDERED**

24          **DATED:** 8:39 am, November 12, 2021

25          **BRENDA WEKSLER**
         **UNITED STATES MAGISTRATE JUDGE**

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2021, I electronically transmitted the foregoing DEFENDANTS HYUNDAI MOTOR AMERICA AND HYUNDAI MOTOR COMPANY'S NOTICE OF PENDING SETTLEMENT to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

H. Stan Johnson, Esq.
COHEN JOHNSON PARKER EDWARD
375 E. Warm Springs Rd., Ste. 104
Las Vegas, Nevada 89119

*Attorneys for Plaintiff*

Mario D. Valencia, Esq.
ATTORNEY AT LAW, LLC
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012

*Attorney for Hyundai Motor America and Hyundai Motor Company*

/s/ Kelly Brubaker
An employee of Bowman and Brooke LLP