1  **SAO**
**COHEN JOHNSON**
2  KEVIN M. JOHNSON, ESQ.
Nevada Bar No. 14551
3  kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Ste. 104
4  Las Vegas, Nevada 89119
Telephone: (702) 823-3500
5  Facsimile: (702) 823-3400
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARSALLIS SANDERS, a minor individual, by Guardian VALERIE SANDERS, | Case No.: 2:20-cv-01861-GMN-BNW |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| HYUNDAI MOTOR AMERICA, a California business entity; HYUNDAI MOTOR COMPANY, a Korean corporation; TAKATA CORPORATION, a Japanese corporation; ZF TRW AUTOMOTIVE HOLDINGS CORP., a Delaware corporation; ZF FRIEDRICHSHAFEN AG, a German corporation; ROE AIRBAG MANUFACTURING COMPANY; DOE INDIVIDUALS I through XXX and ROE CORPORATIONS XXXI through LX, | |
| Defendants. | |
| **ALL RELATED CLAIMS.** | |

Plaintiff Marsallis Sanders, and his guardian ad litem, Valerie Sanders (*see* ECF No. 68), by and through their counsel of record Kevin Johnson, Esq. of the law firm of Cohen Johnson, and Defendants Hyundai Motor America and Hyundai Motor Company, by and through their counsel of record Paul G. Cereghini, Esq., Jeffrey C. Warren, Esq. (*pro hac vice*), and Charles M. Seby, Esq., of the law firm of Bowman and Brooke LLP, and Mario D. Valencia, Esq.,  hereby stipulate that this action shall be dismissed with prejudice as to all claims and against all parties,

1  with each party to bear its attorney's fees and costs incurred.

2  DATED this 4th day of April 2022.

**COHEN JOHNSON**

  /s/ Kevin M. Johnson
H. STAN JOHNSON, ESQ.
Nevada Bar No. 265
sjohnson@cohenjohnson.com
KEVIN M. JOHNSON, ESQ.
Nevada Bar No. 14551
kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Plaintiff*

DATED this 4th day of April 2022.

**BOWMAN AND BROOKE LLP**

  /s/ Charles M. Seby
PAUL G. CEREGHINI, ESQ
JEFFREY C. WARREN, ESQ
(PRO HAC VICE)
CHARLES M. SEBY, ESQ
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona 85012-2761

MARIO D. VALENCIA, ESQ
ATTORNEY AT LAW, LLC
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012

*Attorneys for Defendants Hyundai Motor America and Hyundai Motor Company*

**ORDER**

The Court has received and reviewed the parties' foregoing Stipulation for Dismissal With Prejudice and, good cause appearing, the Stipulation is GRANTED and this case is hereby DISMISSED WITH PREJUDICE, with each party to bear its attorney's fees and costs incurred.

**IT IS SO ORDERED.**

Dated this __5__ day of April 2022.

_____
DISTRICT COURT JUDGE